```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JOHNNY VILLALOVOZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00524-EFB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO VACATE THE TRIAL |
| v. ) | CONFIRMATION HEARING AND RESET |
| ) | THE JURY TRIAL FOR A CHANGE OF |
| JOHNNY VILLALOVOZ, ) | PLEA |
| ) | |
| Defendant. ) | |
| ) | Date:   January 23, 2012 |
| _____ ) |         February 7, 2012 |
| | Time:   9:30 a.m. |
| | Judge:  Edmund F. Brennan |

The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda Harter, Attorney for JOHNNY VILLALOVOZ, hereby stipulate to vacate the trial confirmation hearing set for January 23, 2012 at 9:30am and to reset the jury trial scheduled for February 7, 2012 at 9:30am for a change of

plea.

Accordingly, the parties jointly request that a change of plea hearing be scheduled for February 6, 2012 at 10:00am before Magistrate Judge Edmund F. Brennan.

Dated: January 19, 2012                Respectfully submitted,


                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ Linda C. Harter
                                       LINDA C. HARTER
                                       Assistant Federal Defender
                                       Attorney for JOHNNY VILLALOVOZ


Dated: January 19, 2012                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Justin Lee
                                       JUSTIN LEE
                                       Special Assistant U.S. Attorney


**O R D E R**

**THE TRIAL CONFIRMATION DATE OF JANUARY 23, 2012 IS VACATED, AND THE JURY TRIAL DATE OF FEBRUARY 7, 2012 IS RESET FOR A CHANGE OF PLEA ON FEBRUARY 6, 2012 AT 10:00AM.**

**IT IS SO ORDERED.**

DATED: February 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-